UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NATIONAL LABOR RELATIONS BOARD            APPLICANT

v.            Case No. 4:23-mc-00001-JM

PHILANDER SMITH COLLEGE            RESPONDENT

## ORDER

Pending is an application by the National Labor Relations Board (the "Board") to enforce a subpoena. Philander Smith College (PSC) has responded, challenging the Board's jurisdiction over it. After consideration of the detailed and thorough arguments presented, the Court finds as follows:

Pursuant to the "bright-line" test established in *Univ. of Great Falls v. N.L.R.B.*, 278 F.3d 1335 (D.C. Cir. 2002), the Board was required to determine whether PSC: "(a) holds itself out to the public as a religious institution; (b) is non-profit; and (c) is religiously affiliated." *Duquesne Univ. of the Holy Spirit v. Nat'l Lab. Rels. Bd.*, 947 F.3d 824, 831 (D.C. Cir. 2020) (quoting *Great Falls* at 1347). *See also 369 NLRB No. 98*. "The permissible inquiry is simple and limited." *Dequesne* at 831.

The Court finds that PSC has easily established each of these elements before the Board, and again before this Court. "As *Duquesne* explains, as soon a religious educational institution alerts the NLRB to its status, the NLRB should know immediately that the Free Exercise Clause places the institution patently beyond the NLRB's jurisdiction." *Loma Linda-Inland Empire Consortium for Healthcare Educ. v. Nat'l Lab. Rels. Bd.*, No. CV 23-0688 (CKK), 2023 WL 2894348, at *2 (D.D.C. Apr. 11, 2023) (quoting *Carroll Coll. v. NLRB*, 558 F.3d 568, 574 (D.C. Cir. 2009)) (cleaned up).

Therefore, PSC is exempt from the National Labor Relations Act, and thus from the Board's jurisdiction. As the subpoena was not issued pursuant to lawful authority or for a lawful purpose, it is not a valid, enforceable subpoena. The Board's application to enforce its subpoena (Doc. No. 1) is DENIED.

PSC has thirty days from the date of this order to submit a petition for fees and costs. 28 U.S.C.A. § 2412.

IT IS SO ORDERED this 14th day of July, 2023.

James M. Moody Jr.
United States District Judge