UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NATIONAL LABOR RELATIONS BOARD                                         APPLICANT

v.                              Case No. 4:23-mc-00001-JM

PHILANDER SMITH COLLEGE                                                RESPONDENT

<u>ORDER</u>

The parties have reached a settlement of all issues in this case. Their Joint Motion (Doc. No. 18) is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of November, 2023.

_____
James M. Moody Jr.
United States District Judge